## Spets v. Howard, Appellant.

Argued May 18, 1903. Appeal, No. 72, April T., 1903, by defendants, from order of C. P. Warren Co., June T., 1902, No. 43, discharging rule to strike off judgment, in case of Charles E. Spets v. James D. Harris. Before RICE, P. J., BEAVER, ORLADY, W. D. PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY MORRISON, J., October 5, 1903:

This case is in all respects like the one at No. 71, April term, 1903, between the same parties in which an opinion is this day filed affirming the judgment, and for the reasons therein stated the assignments of error herein are all dismissed, and the judgment is affirmed.